1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234
       E-Mail: deborah.r.douglas@usdoj.gov

8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR 12-820 EMC
                                       )
14         v.                          )    STIPULATION AND [P~~ROPOS~~ED]
                                       )    ORDER EXCLUDING TIME UNDER THE
15  ANDRE VIDEAU,                      )    SPEEDY TRIAL ACT, 18 U.S.C. § 3161
                                       )    ET SEQ.
16         Defendant.                  )
                                       )
17  _____    )

18        The United States of America, by and through its attorney of record, and defendant Anthony

19  Decuir ("defendant"), by and through his attorney of record, hereby stipulate as follows:

20        1.      On January 16, 2013, defendant appeared before the Honorable Edward M. Chen,

21  United States District Judge, and the matter was continued to February 6, 2013 at 2:30 p.m.   For

22  the reasons stated in open court on January 16, 2013, and with defendant's consent, the Court

23  excluded time under the Speedy Trial Act from January 16, 2013 through February 6, 2013 to

24  provide the defense lawyer with additional time for investigation and for effective preparation.

25        2.      The parties stipulate and agree that this matter should be continued to February 6,

26  2013 and that the failure to grant such a continuance would unreasonably deny the defendant the

27  reasonable time necessary for effective preparation, taking into account the exercise of due

28  diligence.   The parties further stipulate and agree that the time from January 16, 2013 through

Stipulation and Order
*U.S. v. Andre Videau*, CR 12 820 EMC

1  February 6, 2013 should be excluded in accordance with the provisions of the Speedy Trial Act, 18

2  U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which

3  outweigh the best interest of the public and the defendant in a speedy trial and also under section

4  (B)(iv) for effective preparation of counsel and continuity of counsel, taking into account the

5  exercise of due diligence.

6

7  Dated: January 17,  2013                          MELINDA HAAG
                                                      United States Attorney
8
                                                      _____/s/_____
9                                                     DEBORAH R. DOUGLAS
                                                      Assistant United States Attorney
10

11  Dated: January 17, 2013                           _____/s/_____
                                                      ELIZABETH FALK, Esq.
12                                                    Attorney  for  Defendant  Andre  Videau

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE  (CABN 150630)
3   Chief, Criminal Division

4   DEBORAH R. DOUGLAS (NYBN 2099372)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-Mail: deborah.r.douglas@usdoj.gov
8
    Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 12-820 EMC
                                     )
14          v.                       )    ORDER EXCLUDING TIME UNDER THE
                                     )    SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET
15  ANDRE VIDEAU,                    )    SEQ.
                                     )
16          Defendant.               )
                                     )
17  ─────────────────────────────── )

18       GOOD CAUSE APPEARING, as the Court found on January 16, 2013, and based upon the

19  parties' stipulation, IT IS HEREBY ORDERED that the time from January 16, 2013 through

20  February 6, 2013 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18

21  U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) failure to grant the continuance

22  would unreasonably deny the defendant the reasonable time necessary for effective preparation,

23  taking into account the exercise of due diligence; and (B) the ends of justice served by the

24

25

26

27

28

Stipulation and Order
*U.S. v. Andre Videau*, CR 12 820 EMC          3

1  continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18

2  U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

3

4  **IT IS SO ORDERED.**

5

6  Dated: January ___18__, 2013

7  _____
   HONORABLE EDWARD
   United States

8

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order
*U.S. v. Andre Videau*, CR 12 820 EMC